IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Vickie | Case Number: 07 B 01397 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 1/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 9, 2008
Confirmed: May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,122.00 |  |
| Secured: |  | 4,294.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 547.11 |
| Trustee Fee: |  | 280.06 |
| Other Funds: |  | 0.00 |
| Totals: | 5,122.00 | 5,122.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 1,854.00 | 547.11 |
| 2. | HSBC Mortgage Services | Secured | 8,296.80 | 4,294.83 |
| 3. | Cook County Treasurer | Secured | 1,484.36 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 15,472.66 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 614.57 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 43.61 | 0.00 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 38.18 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 51.36 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 39.50 | 0.00 |
| 11. | Capital One | Unsecured | 100.09 | 0.00 |
| 12. | Jack Wright | Secured | | No Claim Filed |
| 13. | Acctreccol | Unsecured | | No Claim Filed |
| 14. | Cbe Group | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Northland Group Inc | Unsecured | | No Claim Filed |
| 19. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 22. | Municipal Collection Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,045.13 | $ 4,841.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Vickie

Printed:  5/20/08

Case Number:  07 B 01397
Judge:  Squires, John H
Filed:  1/26/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 259.58 |
| 6.5% | 20.48 |
|  | _____ |
|  | $ 280.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

